ORIGINAL

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

LeVaughn Walker
_____
Plaintiff

v.

Dept. of Corr.
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07-784

I, LeVaughn Walker, declare that I am the (check appropriate box)

- ☒ Petitioner/Plaintiff/Movant        ☐ Other

**FILED DEC - 3 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  D.C.C 1181 Paddock Rd, Smyrna, DE 19977

   **Inmate Identification Number (Required):** 306213

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes   ☒ No
   b. Rent payments, interest or dividends                 ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments       ☐ Yes   ☒ No
   d. Disability or workers compensation payments          ☐ Yes   ☒ No
   e. Gifts or inheritances                                ☐ Yes   ☒ No
   f. Any other sources                                    ☒ Yes   ☐ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   Grandmother sends 75-100 dollars whenever able, not reliable source of income.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?    • • Yes   ✓ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes   ✓ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   E_____ (SON), is sent 10 dollars by Plaintiff when Plaintiff is able

I declare under penalty of perjury that the above information is true and correct.

12/11/07
DATE                                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: LeVaughn Walker  SBI#: 306213

FROM: Mercedes VALLIN

RE: **6 Months Account Statement**

DATE: 11/29/07

---

Attached are copies of your inmate account statement for the months of May 2007 to October 2007.

The following indicates the average daily balances.

| **MONTH** | **AVERAGE DAILY BALANCE** |
|---|---|
| MAY | 11.68 |
| June | 39.44 |
| July | 11.47 |
| Aug | 53.06 |
| Sept | 54.13 |
| Oct. | 55.20 |

Average daily balances/6 months: *37.50

Attachments
CC: File

Mercedes Vallin
11/29/07

[signature]
11/29/07