ORIGINAL

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) LeVaughn Walker #306213
(Name of Plaintiff)         (Inmate Number)

D.C.C
1181 Paddock Rd, Smyrna, DE 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)         (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Carl Danberg (Commissioner)
(2) Betty Burris (Warden)
(3) David Pierce (Deputy Warden)
(Names of Defendants)
(See attached for additional defendants)
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

- 07 - 784 -
(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

✓ Jury Trial Requested

FILED
DEC - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

None

Additional Defendants

(4) Cindy Atalian (Counselor M.H.U)

(5) __?__ Thompson (Counselor D-BLDG)

(6) Jayme Jackson (Classification officer)

(7) Lt. __?__ Seacore (Classification officer)

(8) Lt. __?__ Porter (Classification officer)

[* All the above defendants are employed at D.C.C
1181 Paddock Rd., Smyrna, DE 19977]

(9) Tony Rendina (Classification officer)
   245 McKee Rd
   Dover, DE 19904

(10) Linda Kemp (Counselor S.H.U)
   D.C.C
   1181 Paddock Rd.
   Smyrna, DE 19977

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes  ・・No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓Yes  ・・No

C. If your answer to "B" is Yes:

1. What steps did you take? Notified defendants as to the problems of being housed around victims family members.

2. What was the result? Various classification to out of state prison granted without "Follow-through" of movement.

D. If your answer to "B" is No, explain why not: Note: D.C.C grievance procedure excludes grieving classification or officers

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Carl Danberg
Employed as Commissioner of D.O.C at Delaware Dept. of Corr.
Mailing address with zip code: 245 McKee Rd. Dover DE 19904

(2) Name of second defendant: Betty Burris
Employed as Acting Warden at Delaware Corr. Center
Mailing address with zip code: 1181 Paddock Rd., Smyrna, DE 19977

(3) Name of third defendant: David Pierce
Employed as Deputy Warden at D.C.C
Mailing address with zip code: 1181 Paddock Rd., Smyrna, DE 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The defendants named in this action have been made aware by the Plaintiff and Family members, of the threat to Plaintiff's and Plaintiff's Family members lives by corrections officers who are family members of the victim in Plaintiff's crime.

2. Defendants have shown "deliberate indifferance" to plaintiff's plight despite repeated letters and phone calls from plaintiff's family documenting cases of threats and harsh treatment of Family members of plaintiff visiting at D.C.C.

3. Despite the plaintiff being approved for interstate transfer since 05, Plaintiff remains in same institution with corrections officers who have made threats against Plaintiff and his Family. Defendants, being aware of this, have done nothing.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. D.O.C to honor the interstate agreement made in 05 in which Plaintiff named five possible choices for interstate transfer. (Pennsylvaina, New York, Virginia, New Jersy, Maryland) transport paid by D.O.C

3

2. D.O.C to pay for copy of entire trial record and police reports, documents of witness statements, and other materials related to Plaintiff's trial that were stolen from Plaintiff's cell by unknown officers while Plaintiff showered.

3. Policy to be inacted to address cases in which an inmate is housed in correctional centers where family members of the victim in inmates crime are correctional officers.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1st__ day of __December__, __2007__.

LeVaughn Walker
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

