IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

WALKER v. DANBERG    07-784-GMS

From: LeVaughn Walker #306213   17-D-U-10
D.C.C
1181 Paddock Rd
Smyrna, DE 19977



To: Clerk
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570

Dear Clerk,

The Plaintiff in the above action requests that his action be dismissed without prejudice. It appears that an outside organization will be acting on behalf of the Plaintiff in order to have this issue addressed by the D.O.C administration.

Depending on the outcome, the Plaintiff will decide if the District Court should address this issue.

LeVaughn Walker #306213

12/29/07

IM LeVaughn Walker
SBI# 306213        UNIT 17-D-U-16
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
31 DEC 2007 PM 1 T

U.S. X-RAY

Clerk
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570