IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEVAUGHN GERALD WALKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-784-GMS ) |
| COMMISSIONER CARL DANBERG, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

At Wilmington this 11th day of February, 2008.

The plaintiff, LeVaughn Gerald Walker, an inmate at the Sussex Correctional Institution, filed a letter/motion to dismiss his case without prejudice. (D.I. 5.) The court construes the letter/motion as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a).

IT IS THEREBY ORDERED that the motion to voluntarily dismiss (D.I. 5) pursuant to Fed. R. Civ. P. 41(a) is **granted** and the complaint is dismissed without prejudice.

_____
CHIEF, UNITED STATES DISTRICT JUDGE



FILED
FEB 1 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE