IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

To: Clerk
   U.S. District Court
   844 N. King Street
   Lockbox 18
   Wilmington, DE 19801-3570

7/23/08

From: LeVaughn Walker #306213
   J.T.V.C.C
   1181 Paddock Rd
   Smyrna, DE 19977

Re: Civ. No. 07-784-GMS / personal safety.



Dear Clerk,
   On May 17, I recieved an authorization form in which I signed, giving the Court authorization to deduct money from my account for the partial filing fee in the above action. Since then I noticed that no money has been taken off of my account. I have also been placed in the position of having my legal documents "mysteriously" turn up missing in movement from one building to another. This is odd considering staff has to inventory inmate property when inmates are moved. The action that I filed has to do with corrections officers who are family members of the murder victim in my crime. These officers have made threats on my life, and has on two occasions called my mothers home. The senior staff has been made aware of these facts and have done nothing beyond ~~████~~ granting my interstate request in May of 05. The officers have been made aware that I have filed legal action. My family has been ~~████~~ effectively precluded from seeing me and now I fear that my mail is being withheld or tampered with. How can I have my issues placed before the court when the persons

that I am Filing actions against can obstruct my access to the courts at will?. IN the area I am housed in the inmates must rely on the officers to mail out any out going letters.

I ask that you please look into this matter.

Thank you.

LeVaughn Walker #306213

7/23/08

I/M LeVaughn Walker
SBI# 306213   UNIT ~~21-B-L-4~~
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

SOUTH JERSEY NJ 080
26 JUL 2008 PM 1 L

Clerk
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3507