OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2008

**LeVaughn Gerald Walker**
SBI #306213
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re:   **Letter Received Dated 7/23/08**
      Civil Action No. 07-784 GMS

Dear Mr. Walker:

   The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith).

   Pursuant to the Order dated 2/11/08, your case was voluntarily dismissed without prejudice per your request.  A copy of the Order of Dismissal is enclosed for your reference.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,


                              PETER T. DALLEO
                              CLERK

/rwc
cc:  The Honorable Gregory M. Sleet
     Pro Se Law Clerk
enc.